# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00160-CV

**Juan A. Martin-de-Nicolas, Appellant**

**v.**

**Mark Octaviano and Victorio Tostado, Appellees**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-007225, THE HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due May 28, 2019. On appellant's motions, the time for filing was extended to August 26, 2019. Appellant has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than September 25, 2019. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on September 11, 2019.

Before Justices Goodwin, Baker, and Kelly